UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYE GLENN CHAMP, AY9500,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CORRECTIONS, et al.,<br><br>　　　　　　Defendant(s). | Case No. 23-cv-00969-SK  (PR)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff, a prisoner at Avenal State Prison (ASP) in Avenal, California, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that in February 2019 the secretary of the California Department of Corrections and Rehabilitation (CDCR) and the warden of ASP unlawfully prevented him from appearing before the Board of Parole Hearings (BPH).

　　A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in either the County of Kings or the County of Sacramento, both of which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District of California. See id. § 1391(b).

　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

　　The clerk shall transfer this matter forthwith.

　　**IT IS SO ORDERED**.

Dated: March 7, 2023

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge